# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 03-1706

_____

Andra L. Nicholson,                     *
                                        *
                Appellant,              *
                                        *   Appeal from the United States
        v.                              *   District Court for the District
                                        *   of Minnesota.
Timothy O'Dell, Warden CCA/PCF;         *
Jon E. Litscher, Wisconsin Secretary    *          [UNPUBLISHED]
DOC; Corrections Corporation of         *
America, Sued as Correction             *
Corporation of America,                 *
                                        *
                Appellees.              *

_____

Submitted:  August 20, 2003

Filed:  August 25, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Wisconsin inmate Andra Nicholson appeals the district court's[1] dismissal of his civil complaint. Having carefully reviewed the record and the submissions on appeal, we reject Mr. Nicholson's arguments and conclude that the district court's judgment should be affirmed. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.